{ JUL HOURLY 07/04/2008
{ IVAN UNTEN LOVES JAMIE LEE CURTIS
( PAGE NUMBER DREW THREE OR DREW FOUR PAGES )

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
APPLICATION TO PROCEED WITHOUT
PREPAYMENTS OF FEES AND AFFIDAVIT.

8

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 318-2001
3.- DEFENDANTS # ONCE AGAIN COUNSELOR MR. THOMAS AIELLO AND LIEUTENANT MR. SEACORD.

**FILED**
**JUL - 7 2008**
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1.- I AM THE PLAINTIFF UNDER 28 USC 1915 I AM UNABLE TO PAY THE COSTS OF THIS COMPLAINT.
2.- ARE YOU CURRENTLY INCARCERATED # YES
3.- IF YES WHERE # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE. 19977.
4.- ARE YOU EMPLOYED THERE # NO
5.- DID YOU RECEIVE ANY MONEY FROM THAT PRISON # NO
6.- NAME AND ADDRESS OF LAST EMPLOYER # MR. SAMMY CONGO, AT CONGO FUNERAL HOME 2901 W. 2ND. ST. WILMINGTON DE. 19805, OR AT PETRUCON, 100 N. CLEVELAND AVE. WILMINGTON DE. 19805.
0.- MONTHLY SALARY RECEIVED # $16,00 OR 2,000.
1.- LAST DAY EMPLOYED # OCT. OR NOV. OF 2000.
2.- LAST PAYMENT OF SALARY RECEIVED # $16,00 OR 2,000.
3.- HAVE YOU RECEIVED ANY MONEY ON THE LAST YEAR PERIOD # NO
4.- DID YOU HAVE CASH OR ANY ACCOUNT # NO

5.- DO YOU OWN ANY PROPERTY # NO
6.- LIST THE PERSONS DEPENDANT ON YOU FOR SUPPORT # WHAT IS LEFT OF MY FAMILY.
7.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.
8.- DATE # 07/04/2008
9.- SIGNATURE # IVAN MENDEZ

(PLEASE TURN THIS PAGE TO PAGE NUMBER FOUR)

JULY FOURTH OF 2008 — 07/04/2008
WHAM LOVES MARRONA
PAGE NUMBER FREW FOUR OF FREW FOUR PAGES

D.C.C.

INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT OF PRIOR SIX MONTHS PERIOD.

TO # MR. JOSEPH HUDSON,                     DATE # 07/04/2008
   SUPPORT SERVICES MANAGER
        D.C.C.
   SMYRNA DE. 19977

FROM # IVAN MENDEZ                                  453351
      INMATE'S SIGNATURE#                           S.B.I #

   I AM REQUESTING A CERTIFIED STATEMENT OF MY ACCOUNT
FOR PAST SIX MONTHS PERIOD UNDER 28 USC 1915 (A)(2).

   IVAN MENDEZ
   SIGNATURE#

   28 USC 1746 AND  18 USC 1621

        (PAGE NUMBER FOUR)