SUM  7/04/2008
{ T-REX LOVES PAULA'S FERRET
  PAGE NUMBER DREW ONE  OR DREW FOUR PAGES }    T

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
FORM TO BE USED BY A PRISONER IN FILLING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT 42 USC 1983.

08 - 418

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 318-2001
3.- DEFENDANTS # ONCE AGAIN COUNSELOR MR. THOMAS AIELLO, AND LIEUTENANT MR. SEACORD.

FILED
JUL - 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1.- JURISDICTION IS PROPER IN THIS COURT ACCORDING TO # 42 USC 1983.
2.- PLAINTIFF # IVAN MENDEZ.
3.- ADDRESS # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE. 19977.
4.- LIST CAPTION AND CASE NUMBER OF YOUR PREVIOUS LAWSUITS # HONORABLE MASTER AS YOU KNOW IT 100 THIS INFORMATION, WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM YOU, PENNSYLVANIA, DELAWARE, WASHINGTON D.C., AND FROM ALL OF THIS CRIMINAL ORGANIZATION AS YOU KNOW IT 100, SAME AS YOU KNOW IT 100, THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS.
5.- IS THERE A PRISONER GRIEVANCE # YES
6.- HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES # YES
7.- WHAT STEPS DID YOU TAKE # THE LEGAL STEPS AS YOU KNOW IT 100.
8.- WHAT WAS THE RESULTS # NEGATIVE, NO RESULTS AS YOU KNOW IT 100, SAME AS YOU KNOW IT 100 THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS 100.
(PLEASE TURN THIS FORM TO THE OTHER SIDE)

12.- NAME OF DEFENDANTS # THIS CRIMINAL ORGANIZATION.

13o.- IS EMPLOYED AT # AS YOU KNOW IT 100 THEIR JOBS AND POSITIONS.

4o.- ADDRESS # AS YOU KNOW IT 100 ALL OF THEIR ADDRESSES.

15o.- STATE BRIEFLY THE FACTS OF YOUR CASE # HONORABLE MASTER THIS IS JU ST ANOTHER OF MY DIFFERENT LEGAL FORMS AGAINST COUNSELOR MR. THOMAS AIELLO AND TO LIEUTENANT MR. SEACORD, AS YOU KNOW IT 100 ALL OF THE DETAILS ALSO ON MY OTHER DIFFERENT LEGAL FORMS MENDEZ VS. THIS CRIMINAL ORGANIZATION, AND MENDEZ VS. OTHER PARTIES AND ON MY LETTERS, AS YOU KNOW IT 100 NOW COUNSELOR MR. THOMAS AIELLO DON'T HELD ME AT ALL BECAUSE HE SAID 100 THAT I AM NOTHING BUT AN OLD WHITE AMERICAN RED NECK, AS YOU KNOW IT 100 ALL ABOUT IT, SAME AS YOU KNOW IT 100 NOW ON 06/22/2007, JUNE TWENTY TWO OF 2007, MR. THOMAS AIELLO AND COUNSELOR MR. SEACORD, CLASSIFIED ME ON THE SHOWER ROOM FOR DISABLED PEOPLE AND TRY TO TAKE ME OUT FROM PROTECTIVE CUSTODY AND SEND ME OUT IN ORDER TO ACCOMPLISH THIS NASTY SET UP CONSPIRACY AND WIDELY SPREAD IT PLOT TO KILL ME, SAME AS YOU KNOW IT 100 ON WHAT OTHER EVIL THINGS THEY ARE IMPLICATED, SAME AS YOU KNOW IT 100 THAT MY MANDATORY TIME WAS DUE LAST YEAR ON 12/23/2007, OVER HALF YEAR AGO, SAME AS YOU KNOW IT 100 THAT I WAS NOT SUPPOSED TO BE REMOVED FROM S.C.I. OVER IN GEORGETOWN DE., BECAUSE I AM ON OUR PUBLIC DEFENDER BY THE L.O.N.O.S., SAME AS YOU KNOW IT 100 THAT I AM NOT AN OLD WHITE AMERICAN COWBOY BETWEEN 45 AND 54 YEARS OLD WITH AN OLD WHITE AMERICAN COWBOY'S ACCENT, AS YOU KNOW IT 100 ALL ABOUT IT, SAME AS YOU KNOW IT 100 THAT I WAS BORN IN THE OLD MEXICO ON 12/04/1973, SAME AS YOU KNOW IT 100 NOW THIS CRIMINAL ORGANIZATION HAVE SENT PEOPLE FROM GANDER HILL PRISON FROM DELA WARE PSYCHIATRIC CENTER, FROM SUSSEX CORRECTIONAL INSTITUTION, AND FRO M OVER HERE AT DELAWARE CORRECTIONAL CENTER TO ACCOMPLISH THIS NASTY SET UP CONSPIRACY AND WIDELY SPREAD IT PLOT TO KILL ME, AS YOU KNOW IT 100 ALL ABOUT IT, AS THIS IS JUST ANOTHER MEMORANDUM AS YOU KNOW IT 100 ALL OF THE DETAILS ON MY OTHER DIFFERENT LEGAL FORMS

{ JULY 04TH OF 2008         07/04/2008
{ U2 LOVES CHARMING TINKER BELL                U
{ PAGE NUMBER DREW TWO ON DREW FOUR PAGES }    =
                                               N

AND 1983'S, MENDEZ VS. THIS CRIMINAL ORGANIZATION AND MENDEZ VS. THEIR PARTIES, AND ON MY LETTERS AS YOU KNOW IT TOO ALL ABOUT IT SAME AS YOU KNOW IT TOO THEIR IMPLICATION ON THAT URINE (RED) THROW IT AT MYSELF AS YOU KNOW IT TOO ALL THE EVIL THINGS THAT THEY ARE IMPLICATED ON, SO I'LL BE GLAD TO HEAR FROM YOU SOON AS POSSIBLE.

16.- HOW YOU HAVE BEEN INJURED BY THE ACTIONS OF THE DEFENDANTS # PHYSICALLY, EMOTIONALLY, PSYCHOLOGICALLY, VERBALLY AND IN MANY OTHER WAYS AS YOU KNOW IT TOO ALL ABOUT IT.

7.- STATE BRIEFLY WHAT YOU WANT THE COURTS DO FOR YOU # HONORABLE MASTER AS YOU KNOW IT TOO THIS INFORMATION.

18.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

19.- DATE # 07/04/2008

20.- SIGNATURE # IVAN MENDEZ

( PLEASE TURN THIS PAGE TO PAGE NUMBER THREE )

I/M: IVAN MENDEZ
SBI# 453351  UNIT S.H.U.#18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



U.S. DISTRICT COURT
844 NORTH, KING STREET
LOCKBOX #18
WILMINGTON DELAWARE
19801